UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:18-mj-0163 |
| | ) | |
| WILLIAM BOBO, | ) | - 02 |
| MICHAEL GRAHAM, | ) | - 03 |
| ALAN WANN, | ) | - 04 |
| RICKY WILBURN, | ) | - 06 |
| HENRY PHILLIPS, | ) | - 07 |
| Defendants. | ) | |

**COURTROOM MINUTE FOR FEBRUARY 26, 2018**
**HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE**

Parties appear for an initial appearance on the Complaint filed on February 22, 2018. Defendants appeared in person and by FCD counsel Gwendolyn Beitz. Government represented by AUSA Matt Lasher. USPO represented by Danieka Thompkins.

Financial affidavits approved for Defendants Bobo, Graham, Wann, Wilburn, and Phillips. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendants Bobo, Graham, Wann, Wilburn, and Phillips waived reading of the complaint.

Government orally moved for pretrial detention of Defendants Bobo, Graham, Wann, Wilburn, and Phillips and a hearing was scheduled. Preliminary and detention hearing set for **March 5, 2018 at 2:00 p.m. in courtroom 243**.

Government moved to unseal this cause of action as to all defendants and the same granted.

Defendants Bobo, Graham, Wann, Wilburn, and Phillips remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Date:   2/27/18

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system